UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NASH FINCH COMPANY and SUPER FOOD SERVICES, INC., <br><br> Plaintiffs, <br> vs. <br><br> 2125 VIENNA CORPORATION, JIMMY SEMAAN, KIFAH SEMAAN, VIENNA SUPERMARKET, INC. (d.b.a., Clio IGA Super Market), and THOMAS SIMAAN, <br> Defendants. | Case No.: 2:07-cv-10997 <br><br> U.S. District Judge Avern Cohn |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Before the Court is Plaintiffs' Motion for Entry of Judgment, dated May 16, 2008. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED.


Dated: June 20, 2008                    s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE