**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NASH FINCH COMPANY and** ) | |
| **SUPER FOOD SERVICES, INC.,** ) | |
| ) | **Case No.: 2:07-cv-10997** |
| **Plaintiffs,** ) | |
| vs. ) | **U.S. District Judge Avern Cohn** |
| ) | |
| **2125 VIENNA CORPORATION,** ) | |
| **JIMMY SEMAAN, KIFAH SEMAAN,** ) | |
| **VIENNA SUPERMARKET, INC.** ) | |
| **(d.b.a., Clio IGA Super Market), and** ) | |
| **THOMAS SIMAAN,** ) | |
| **Defendants.** ) | |
| ) | |

**AMENDED JUDGMENT**

A Judgment having been previously entered in favor of Plaintiffs and against Defendants on June 23, 2003, and Plaintiffs having filed an appropriate declaration in accordance with that Judgment to update the outstanding loan balance, the total amount of collection costs, and the total amount of prejudgment interest as of the date that the Judgment was entered,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants and that damages are awarded as follows:

| | | |
|---|---|---|
| Outstanding Loan Balance: | $ 566,191.41 | with interest thereon continuing at a rate of 14% pursuant to the promissory note at issue in this action |
| All Other Amounts: | $ 766,177.93 | with interest thereon at a postjudgment rate of 2.51% as provided by law |
| Total: | $1,332,369.34 | |

plus future costs of collection (including reasonable attorney's fees pursuant to the promissory note and personal guarantee at issue in this action) and all other applicable future costs, fees, and

2

interest.

       IT IS FURTHER ORDERED AND ADJUDGED that Defendants' counterclaim is dismissed with prejudice.

       SO ORDERED.


Dated:  June 25, 2008                          s/Avern Cohn  
                                                 AVERN COHN  
                                                 UNITED STATES DISTRICT JUDGE